# United States District Court

**DISTRICT of ARIZONA**

United States of America
v.

**ANTHONY LOPEZ-SALCIDO**
DOB: 1980
U.S. Citizen

DOCKET NO.

FILED / LODGED
RECEIVED / COPY

JUN 22 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MAGISTRATE'S CASE NO.

**11-06929M**

Complaint for violation of Title 18  United States Code § 2422(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about and between September 28, 2010 and June 21, 2011, in Tucson, in the District of Arizona, **ANTHONY LOPEZ-SALCIDO,** defendant herein, did knowingly use facilities and means of of interstate commerce, to wit, the internet and a telephone, to knowingly attempt to persuade, induce or entice a person who has not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense under Arizona law, to wit, Sexual Conduct with a Minor under Arizona State Revised Statute 13-1405; all in violation of Title 18, United States Code, Section 2422(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Beginning in September, 2010, and continuing until June 21, 2011, an individual who was identified as Anthony Lopez-Salcido, using electronic mail and text messaging by cellphone, communicated with an undercover (UC) agent whom he believed to be a minor that was 13 years old, and whom he attempted to persuade to meet him for purposes of engaging in sexual touching and oral sex. On June 21, 2011, after planning to meet at a specified location and time, Salcido traveled to that location as planned; prior to the planned meeting on June 21, 2011, Salcido continued to send text messaging to the UC confirming that he intended to meet and continued to engage in sexual communications with her. Salcido arrived at the location as planned, but departed after looking around from two different locations in the parking lot. He was then stopped and arrested. When interviewed, he admitted that he had been the one communicating by cellphone and by e-mail with a person who claimed to be a minor, and that he had initiated and engaged in communications about sexual conduct with her. He claimed he had traveled to the restaurant after arranging to meet with the minor in order to see who would show up.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**Recommend Detention**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUSA Duryee/ajt
AUSA Approval:

**SIGNATURE OF COMPLAINANT (official title)**

OFFICIAL TITLE

DETECTIVE, TUCSON POLICE DEPT

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
June 22, 2011

[1] See Federal rules of Criminal Procedure Rules 3 and 54